# Exhibit 1

**Exhibit 1**

**Exhibit 1**



# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2022-587817

**CLEARED BY ARREST**

## GENERAL OFFENSE HARDCOPY
### SAO RELEASE TRACKING
### (FRAUD-SWINDLE)

Follow Up Report # HS  3

Posting Date: 2022-05-23, Debit/Credt: D, Amt: 82,500.00, Posting Acct: ▮▮▮▮▮ - side 1

AH Zephyrhills Subtenant LLC
One Town Square, Suite 1600
Southfield, MI 48076

Huntington National Bank
41 S. High Street

072403473

| Date | Check No | Check Amount |
|---|---|---|
| 05/18/2022 | 1764 | $82,500.00 |

**** EIGHTY TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

VOID IF NOT CASHED WITHIN 120 DAYS WITHIN DATE OF ISSUE

Pay to the order of:

Appliance Tech Solutions
8012 Habana Ave
Tampa, FL  33614

⑃001764⑃ ⑃072403473⑃

Posting Date: 2022-05-23, Debit/Credt: D, Amt: 82,500.00, Posting Acct: ▮▮▮▮▮ - side 2

20220523050991059447 06  1521

Regions Bank >062000019<

20220523050991059447 06  1521
Regions Bank >062000019<

92