## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

### Case No. 8:23-cv-1388-VMC-MRM

AH ZEPHYRHILLS SUBTENANT LLC,
a Delaware limited liability company,

      Plaintiff,

v.

GAVIN VASQUEZ,
DANIELLIE VASQUEZ,
JOHN O. VASQUEZ, JR.,
THE BAIT BUS INC, a Florida corporation,
MARK LANDRY,
JAMES "JIMMY" SCHWER,

      Defendants.

---

### NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> Defendant Gavin Vasquez is a criminal defendant (felony indictment) in a state matter currently pending in Hillsborough County Circuit Court, *State of Florida v. Vasquez*, case no. 22-CF-013324, for which the conduct alleged in this matter is similar to the criminal fraud alleged in that state proceeding,

but concerning a different victim (Cove Behavioral Health).

☐ IS **NOT** related to any pending or closed civil or criminal case(s) previously filed

in this Court, or any other Federal or State court, or administrative agency.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Plaintiff*