## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

### Case No. 8:23-cv-1388-VMC-MRM

AH ZEPHYRHILLS SUBTENANT LLC,
a Delaware limited liability company,

      Plaintiff,

v.

GAVIN VASQUEZ,
DANIELLIE VASQUEZ,
JOHN O. VASQUEZ, JR.,
THE BAIT BUS INC, a Florida corporation,
MARK LANDRY,
JAMES "JIMMY" SCHWER,

      Defendants.

---

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff, AH Zephyrhills Subtenant LLC ("American House"), makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **The parent entity of and wholly owning AH Zephyrhills Subtenant LLC is Renew AH Tenant LLC, a Delaware limited liability company.**

2.  If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

    **The citizenship of AH Zephyrhills Subtenant LLC is both Delaware (state of organization) and Ohio (principle place of business). So too is its sole member, Renew AH Tenant LLC, a citizen of Delaware and Ohio. American House can provide the remaining information about the membership of Renew AH Tenant LLC in camera and under seal.**

3.  Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    **AH Zephyrhills Subtenant LLC**
    **Renew AH Tenant LLC**
    **Griffin C. Klema, Esq.**
    **Klema Law, PL**
    **Gavin Vasquez**
    **Daniellie Vasquez**
    **John O. Vasquez, Jr.**
    **Tara Vasquez**
    **Mark Landry**
    **Zezura Landry**
    **James Schwer**
    **The Bait Bus Inc**

4.  Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None.**

---

[1] See <u>Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.</u>, 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See <u>Purchasing Power, LLC v. Bluestem Brands, Inc.</u>, 851 F.3d 1218, 1220 (11th Cir. 2017); <u>D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra</u>, 661 F.3d 124, 125-27 (1st Cir. 2011).

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**None.**

6. Identify each person arguably eligible for restitution:

**AH Zephyrhills Subtenant LLC.**

☒       I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

          /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Plaintiff*