# RETURN OF SERVICE

**State of Florida**      **County of Hillsborough**

Case Number: 8:23-CV-1388-VMC-MRM

Plaintiff:
**AH ZEPHYRHILLS SUBTENANT LLC**

vs.

Defendant:
**GAVIN VASQUEZ, DANIELLIE VASQUEZ, JOHN O. VASQUEZ, JR., THE BAIT BUS INC, MARK LANDRY, and JAMES SCHWER**

For:
GRIFFIN KLEMA
PO BOX 172381
TAMPA, FL 33672

Received by Taylor & Associates Investigation Firm, LLC on the 22nd day of June, 2023 at 10:47 am to be served on **JOHN O. VASQUEZ, Jr., 8014 N. HABANA AVENUE, TAMPA, FL 33614**

I, Mike Taylor, do hereby affirm that on the **26th day of June, 2023** at **3:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint For Damages and Injunctive Relief, Exhibit 1** with the date and hour of service endorsed thereon by me, to: **JOHN O. VASQUEZ, Jr.** at the address of: **8014 N. HABANA AVENUE, TAMPA, FL 33614**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Mike Taylor**
CPS13673973

**Taylor & Associates Investigation Firm, LLC**
4403 Gandy Circle
Tampa, FL 33616
(813) 928-1380

Our Job Serial Number: TAY-2023000086