UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-1388-VMC-MRM

AH ZEPHYRHILLS SUBTENANT LLC,
a Delaware limited liability company,

    Plaintiff,

v.

GAVIN VASQUEZ,
DANIELLIE VASQUEZ,
JOHN O. VASQUEZ, JR.,
THE BAIT BUS INC, a Florida corporation,
MARK LANDRY,
JAMES "JIMMY" SCHWER,

    Defendants.

## PLAINTIFF AH ZEPHYRHILLS SUBTENNANT LLC'S MOTION FOR CLERK'S DEFAULT UNDER RULE 55(a)

Plaintiff, AH Zephyrhills Subtenant LLC, by and through its attorney, Griffin Klema, Esq., and pursuant to Fed. R. Civ. P. 55(a) and (b)(1), and Local Rule 1.10, moves for entry of a Clerk's default against all defendants: Gavin Vasquez, Daniellie Vasquez, John O. Vasquez, Jr., The Bait Bus Inc, Mark Landry, and James Schwer.

On June 24, 2023, defendants Gavin Vasquez, Daniellie Vasquez, The Bait Bus Inc, and James Schwer were served with the summons and complaint. Doc. Nos. 11, and 13-15. Gavin, Daniellie, and Schwer were personally served, while The Bait Bus Inc was served through Daniellie, as its registered agent. Id.

On June 26, 2023, defendants Mark Landry and John O. Vasquez, Jr. were personally served with the summons and complaint. Doc. Nos. 16-17.

None of the individual defendants are minors or incompetent. Nor are any of the defendants engaged in active military service.

The deadline for each defendant's response to the complaint was July 17, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this motion, no defendant has appeared or responded to the complaint, nor has any defendant appeared. When a party "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Accordingly, a Clerk's default is appropriate.

**WHEREFORE**, plaintiff AH Zephyrhills Subtenant LLC, respectfully requests the Clerk of Court enter a default against the defendants, Gavin Vasquez, Daniellie Vasquez, John O. Vasquez, Jr., The Bait Bus Inc, Mark Landry, and James Schwer pursuant to Fed. R. Civ. P. 55(a).

   /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Plaintiff*