UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AH ZEPHYRHILLS SUBTENANT LLC,
a Delaware limited liability company,
Plaintiff,

v.

Case No. 8:23-cv-1388-VMC-MRM

GAVIN VASQUEZ,
DANIELLIE VASQUEZ,
JOHN O. VASQUEZ, JR.,
THE BAIT BUS INC, a Florida corporation,
MARK LANDRY,
JAMES "JIMMY" SCHWER,

      Defendant.
_____

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

AH Zephyrhills Subtenant LLC
Renew AH Tenant LLC
Griffin C. Klema, Esq.
Klema Law, PL
Gavin Vasquez
Daniellie Vasquez
John O. Vasquez, Jr.
Tara Vasquez
Mark Landry
Zezura Landry
James Schwer
The Bait Bus Inc

2.)  the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

    None

3.)  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

4.)  the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

    None

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

8-14-23

    John Vasquez
    8014 N Habana Ave
    Tampa Fl 33614
    813-508-1512
    [Counsel of Record or pro se Party]