# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Case Number:  8:23-cv-1388

| | |
|---|---|
| **AH ZEPHYRHILLS SUBTENANT, LLC,** | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **GAVIN VASQUEZ, DANIELLIE VASQUEZ, JOHN O. VASQUEZ, JR., THE BAT BUS INC., ARK LANDRY, JAMES "JIMMY" SCHWER** | ) |
|     Defendants | ) |
| _____ | ) |

### DEFENDANT, JOHN O. VASQUEZ, JR. RULE 3.03 CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

Defendant, JOHN O. VASQUEZ, JR., hereby files his Disclosure Statement:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

a.      John O. Vasquez, Jr.

b.      George Harder, Esq.

c.      James Patterson, Esq.

d.      Harder Law Group, LLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

1

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

None.

5. Check one of the following:

   X   a.       I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

_____ b.       I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was efiled with this Court via the efiling portal and was electronically served on Griffin C. Klema, Klema Law, P.L., on August 23, 2023.

        /s/ George Harder esq.
        George Harder, esq.
        Fla. Bar No. 88649
        Harder Law Group
        23110 State Road 54-#157
        Lutz, FL 33549
        Phone: 813.455.4551
        Fax: 813.464.7846
        Email: gharder@HarderLawGroup.com
               pleadings@HarderLawGroup.com