**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AH ZEPHYRHILLS SUBTENANT LLC,

    Plaintiff,

v.                                                                                     Case No: 8:23-cv-1388-VMC-UAM

GAVIN VASQUEZ, JOHN O. VASQUEZ, JR. , MARK LANDRY, THE BAIT BUS INC, SCHWER JAMES and DANIELLE VASQUEZ,

    Defendants.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **GAVIN VASQUEZ, MARK LANDRY, THE BAIT BUS INC, SCHWER JAMES and DANIELLE VASQUEZ** in Tampa, Florida on the 23rd day of August, 2023.

                                                                ELIZABETH M. WARREN, CLERK

                                                                      s/L. Vito, Deputy Clerk

Copies furnished to:

Counsel of Record