UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-1388-VMC-UAM

AH ZEPHYRHILLS SUBTENANT LLC,
a Delaware limited liability company,

    Plaintiff,

v.

GAVIN VASQUEZ,
DANIELLIE VASQUEZ,
JOHN O. VASQUEZ, JR.,
THE BAIT BUS INC, a Florida corporation,
MARK LANDRY,
JAMES "JIMMY" SCHWER,

    Defendants.

---

## **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, AH Zephyrhills Subtenant LLC, by and through its attorney, Griffin Klema, Esq., together with defendant John O. Vasquez, J., through his attorney, George Harder, Esq., pursuant to Local Rule 3.05, hereby stipulate to permit plaintiff to voluntarily dismiss without prejudice its action and claim against John Vasquez. They further stipulate that each party shall bear its own attorney's fees and costs.

| | |
|---|---|
| George Harder, Esq.<br>**HARDER LAW GROUP, LLC**<br>*Counsel for Defendant*<br>*John O. Vasquez, Jr.*<br><br>15438 N. Florida Ave.<br>Suite 120<br>Tampa, FL 33613<br><br>T: 813-455-4551<br><br>By:/s/ George Harder<br>  George Harder, Esq.<br>  Florida Bar No.: 88649<br><br>Date: October 2, 2023 | Griffin C. Klema, Esq.<br>**Klema Law, P.L.**<br>*Counsel for Plaintiff*<br><br><br>420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>PO Box 172381<br>Tampa, FL 33672<br><br>T: (202) 713-5292<br><br>By:  /s/ Griffin Klema<br>  Griffin C. Klema, Esq.<br>  Florida Bar No.: 100279<br><br>Date: October 2, 2023 |