UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-1388-VMC-UAM

AH ZEPHYRHILLS SUBTENANT LLC,
a Delaware limited liability company,

    Plaintiff,

v.

GAVIN VASQUEZ,
DANIELLIE VASQUEZ,
JOHN O. VASQUEZ, JR.,
THE BAIT BUS INC, a Florida corporation,
MARK LANDRY,
JAMES "JIMMY" SCHWER,

    Defendants.

---

### PLAINTIFF AH ZEPHYRHILLS SUBTENNANT LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, AH Zephyrhills Subtenant LLC, by and through its attorney, Griffin Klema, Esq., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), and Local Rule 3.09, files a notice of voluntarily dismissal without prejudice as to the five non-appearing defendants Gavin Vasquez, Daniellie Vasquez, The Bait Bus Inc, Mark Landry, and James Schwer, and as to the only appearing defendant, John O. Vasquez, Jr.

Plaintiff and its counsel thank the Court for its recent order, [ECF 33], which facilitated obtaining information from a third-party outside the control of plaintiff's

organization, and prompting the present filing.[1]

A notice of dismissal is effective as to any non-appearing defendant under Rule 41(a)(1)(A)(i). Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1277 (11th Cir. 2012) ("a notice of dismissal under Rule 41(a)(1)(A)(i) 'is effective immediately upon filing'") (quoting Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam)).

The notice is also proper as to the appearing defendant, John O. Vasquez, Jr., as a result of his and plaintiff's unconditional stipulation to permit plaintiff to dismiss its action against him. See Stipulation, [ECF 34]. "[A] stipulation filed pursuant to [Rule 41(a)(1)(A)(ii)] is self-executing and dismisses the case upon its becoming effective." Anago Franchising, 677 F.3d at 1278. "District courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction." Id.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Plaintiff*

---

[1] Plaintiff was prepared to use legal process to secure that information in this action, and filed the present lawsuit in good faith with information revealing diversity jurisdiction existed up until Friday, September 29, 2023.